MOORE, Respondent, v. CLARENCE L. SMITH CO., Appellant. (Supreme Court, Appellate Term. November 3, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Albert S. Moore against the Clarence L. Smith Company. From a judgment for plaintiff, defendant appeals. Affirmed. W. D. Peck, for appellant. P. M. Crandall, for respondent.

PER CURIAM. Upon the evidence, the justice was well authorized to find that the terra cotta blocks in question came into the defendant's hands as a bailee for hire; and, there being no explanation of the failure to return them, the plaintiff's case was sufficiently supported, so far as to justify the finding in his favor upon the disputed item of $79.90. The counterclaim upon a promissory note was met by the assertion of an agreement whereby this item of indebtedness was applied to an open account between the parties, with a balance in favor of the plaintiff, and the evidence sustains the finding in his favor. This issue was properly in the case and was fully litigated. We find no reason for disturbing the result reached, and the judgment is therefore affirmed, with costs.

MOORE, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. December 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by James B. Moore against the New York City Railway Company. Judgment for plaintiff, and defendant appeals. Reversed. William E. Weaver, for appellant. Gainsburg & Solomon, for respondent.

PER CURIAM. A critical examination of the testimony in this cause leads to the conclusion that the interests of justice will be best served by a new trial thereof. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

MOORE, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Appeal from Trial Term, Saratoga County. Action by Charles Moore, as administrator of Daniel Wesley Moore, deceased, against the Prudential Insurance Company of America. From a judgment in favor of plaintiff and from an order denying a new trial, defendant appeals. Reversed. For former appeal, see 92 App. Div. 135, 87 N. Y. Supp. 368.

PER CURIAM. An examination of this case shows that the same facts were established upon the second trial as appeared on the first trial and were considered by us on the first appeal, that there is no evidence on this trial discrediting such facts or in any manner tending to change or explain their significance, and that the same conclusions must be drawn from them now that were then drawn from them; and for that reason this judgment and order must be reversed, and a new trial granted, with costs to the appellant to abide the event.

SMITH, J., dissents. HOUGHTON, J., not voting, not being a member of this court at the time the decision was handed down.

MORSE, Respondent, v. PEER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Jessie Morse against Benjamin Peer.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., not sitting.